**Audrey SCOTT, Plaintiff–Appellant,**

v.

**TIAA–CREF, Defendant–Appellee.**

No. 13–1829.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Audrey Scott, Appellant Pro Se. Felicia A. Washington, K & L Gates LLP, Charlotte, North Carolina, for Appellees.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

UNPUBLISHED

PER CURIAM:

Audrey Scott appeals the district court's order dismissing her complaint alleging discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. TIAA*, No. 3:12–cv–00697–FDW, 2013 WL 2948315 (W.D.N.C. June 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*